COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR REHEARING

Appellate case name:         Darrell J. Harper v. The State of Texas

Appellate case number:       01-15-00619-CV

Trial court case number:     2014-74062

Trial court:                 165th District Court of Harris County

The panel has voted to **deny** appellant's objection, construed as a motion for rehearing of the Court's Order on Motion, issued on September 1, 2015, denying appointment of appellate counsel.

It is ordered that the motion for rehearing is **denied**.

Judge's signature:  /s/ <u>Laura Carter Higley</u>
                       ☒ Acting individually     ☐ Acting for the Court

Panel consists of:  Justices Jennings, Higley, and Brown

Date:  October 1, 2015